No. 323. TRUSTEES OF THE UNITED STATES-MEXICO OIL COMPANY *v.* T. W. HARRIS. Error to the Supreme Court of the State of Kansas. Motion to dismiss submitted October 3, 1922. Decided October 9, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. William W. Fry* for plaintiffs in error. *Mr. Charles F. Newman* for defendant in error. [See *post,* 720.]

No. 386. MILDRED McINTOSH *v.* W. H. DILL ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted October 3, 1922. Decided October 9, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5-6. *Mr. Thomas H. Owen* and *Mr. George C. Crump* for plaintiff in error. *Mr. Nathan A. Gibson* and *Mr. Joseph L. Hull* for defendants in error. [See *post,* 721.]